Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER STRELOW,<br><br>        Plaintiff,<br><br>  vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | No. 2:20-cv-00797-TSZ<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

**<u>ORDER</u>**

Based on the Parties' Stipulated Motion to Extend Time to Respond to Complaint, docket no. 5, it is ORDERED that the deadline to extend defendant's time to respond to plaintiff's complaint is extended to July 7, 2020.

Dated this 23rd day of June, 2020.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT – PAGE 1
CAUSE NO. 2:20-CV-00797-TSZ

2694544 / 447.0007

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  Presented By:

2  FORSBERG & UMLAUF, P.S.

3  By: *s/ Matthew S. Adams*
   Matthew S. Adams, WSBA No. 18820
4  James E. Horne, WSBA No. 12166
   FORSBERG & UMLAUF, P.S.
5  901 Fifth Avenue, Suite 1400
   Seattle, WA 98164-1039
6  Telephone: (206) 689-8500
   Email: MAdams@FoUm.law
7  Email: JHorne@FoUm.law
   Attorneys for Plaintiff
8

9  PLAINTIFF LITIGATION GROUP PLLC

10 By: *s/ Isaac Ruiz*
   William C. Smart, WBSA No. 8192
11 Isaac Ruiz, WSBA No. 35237
   Shannon M. Kilpatrick, WSBA No. 41495
12 Plaintiff Litigation Group, PLLC
   95 S. Jackson St., Suite 100
13 Seattle, WA  98104
   Telephone: (206) 203-9100
14 Email: wsmart@plaintifflit.com
   Email: iruiz@plaintifflit.com
15 Email: skilpatrick@plaintiffit.com
   Attorneys for Plaintiff

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT – PAGE 2
CAUSE NO. 2:20-CV-00797-TSZ

2694544 / 447.0007

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX